# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE FORTE,<br><br>              Plaintiff,<br><br>       v.<br><br>TIMOTHY SCHWARTZ,<br><br>              Defendant. | 1:13-cv-01980-LJO-MJS<br><br>AMENDED REQUEST FOR U.S. ATTORNEY'S OFFICE TO PROSECUTE CRIMINAL CONTEMPT |

The Court has ordered Plaintiff Eugene Forte to show cause why he should not be held in criminal contempt for language contained in his filings and for violating a Court order. Pursuant to Federal Rule of Criminal Procedure 42(a)(2), the Court requests that the U.S. Attorney's Office for the Eastern District of California prosecute the contempt. The Court has set a status conference on February 13, 2017, at 11:00A.M., to schedule a substantive hearing on the matter in the future. The Court requests that the U.S. Attorney's Office inform the Court by January 27, 2017, whether it will prosecute this case and, if so, confirm attendance at the **February 13, 2017** status conference.

IT IS SO ORDERED.

Dated:   **January 25, 2017**                        _____
                                                                    UNITED STATES DISTRICT JUDGE

1