UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EUGENE E. FORTE,<br><br>　　　　　Defendants. | No. 1:17-cr-00036-DAD-BAM<br><br>NEW CASE NUMBER:<br><br>1:17-cr-00036-TLN<br><br><u>ORDER REASSIGNING CASE</u> |

　　　As indicated on the record at the March 6, 2017, hearing, this action is reassigned to the U.S. District Judge Troy L. Nunley sitting in the Sacramento Division of this court. To prevent any delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents filed in this action.

　　　　　　　　　　　　　　　1:17-cr-00036-TLN

　　IT IS SO ORDERED.

DATED: March 13, 2017

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

　　SO APPROVED.

DATED: March 13, 2017

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　LAWRENCE J. O'NEILL
　　　　　　　　　　　　　　　　　　　　CHIEF, UNITED STATES DISTRICT JUDGE

1