HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
douglas_beevers@fd.org

Attorney for Defendant
EUGEN E. FORTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:17-cr-00036-TLN |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE BENCH TRIAL |
| vs. | ) ) | Date: April 26, 2017 |
| EUGENE E. FORTE, | ) ) | Time: 9:00 a.m. Judge: Hon. Troy L. Nunley |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Dawrence Wayne Rice, Jr., and Assistant United States Attorney Kirk Edward Sherriff, attorneys for Plaintiff, and Federal Defender Heather Williams through Assistant Federal Defender Douglas Beevers, attorney for Eugene E. Forte, that the bench trial scheduled for March 22, 2017 be vacated and be continued to April 26, 2017 at 9:00 a.m.

The grounds for this continuance are that defense counsel needs additional time to discuss the case with his client and to conduct an investigation on this case.

Based on the foregoing, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order to April 26, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A),

-1-

B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

DATED: March 20, 2017   Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for Eugene E. Forte

DATED: March 20, 2017   PHILLIP A. TALBERT
United States Attorney

*/s/ Douglas Beevers for*
DAWRENCE WAYNE RICE, Jr.
Assistant U.S. Attorney
Attorney for Plaintiff

*/s/ Douglas Beevers for*
KIRK EDWARD SHERRIFF
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders from the time of the parties' stipulation, March 22, 2017, up to and including April 26, 2017, shall be excluded from computation of time within which the trial of

1   this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)
2   and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It**
3   **is further ordered** the March 22, 2017 bench trial shall be continued until April 26, 2017 at 9:00
4   a.m.
5   Dated:  March 21, 2017

                                                 Troy L. Nunley
                                                 United States District Judge